No. 678. MAHONEY ET AL. *v.* JOHNSTON, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Harry Mahoney* and *Truman Mahoney, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *William Strong* for respondent.